United States District Court
for The
Eastern District of Michigan
Southern Division

Dannyl McGore
Plaintiff,

vs

United States Federal
District Court Judges,
Denise Hood, and Also
United States Supreme
Court Justices, and U.S. Congress Members and
U.S. Department of Justice's and Federal Court
Appeal's Justice's of Cincinnati Ohio,
Defendants

Case: 2:24-cv-10890
Assigned To : Edmunds, Nancy G.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 4/8/2024
Description: CMP MCGORE v US
DISTRICT COURT ET AL (JP)

Judge:

Bench Trial to Requested Federal Rules of Civil Procedure's 54, 58.

Complaint for Grand Jury Proceedings

(1)

Now Comes, Plaintiff in Pro Se, and Moves That Court to grant Complaint for Grand Jury Proceedings Under <u>Federal Rules of Criminal Procedure 7</u>, and <u>Federal Rule of Criminal Procedure 14 (a) to (e)</u>. 18 USCA 7, 18 USCA 12(a) to (g), to have the Defendants Arrested and Charged with High Felonies, Misdemeanors Under Obstruction of Justice 18 USCA 1503 (a) to (g) for the Failure to Reopen Dannyl McGuire #142739, on the Recantment of Newly-Discovered evidence.

(2) The Plaintiff and the Federal District Court to grant the Federal Diversity Jurisdiction Under 28 USCA 1332 (a) to (k) to arrest and Summon the United States Supreme Court Justices for Impeachment Reasons. (2) See Reverse Side

Plaintiff Darryl McGone #149534 ask for $75,000.00 in Delay Damages against the United States Federal Sixth Circuit Court of Appeals in Cincinnati, Ohio and U.S. Supreme Court Justice Mr. John Roberts II. And the U.S. Department of Justice's of Washington, DC to be Removed to the Federal District Court of Detroit, Michigan for Impeachment, and Misdemeanor Arrests.

### Relief Requested

Wherefore, Plaintiff Pray and Request that the Court Grant the Complaint for Grand Jury on the Merits, and to Conduct an evidentiary Hearing and Grant the $75,000.00 Sueable Damages on Lump payment.

Respectfully Submitted By: Darryl McGone.

Dated: 3/18/2024

CC:

Darryl McCorn #142239
Ryan Correctional Facility
N.C.W. Industrial Park Drive
Michigan 48212

To: Clerks Office Of The United
States District Court- 231 Lafayette
Street-
Theodore Levin Bldg
Detroit Michigan
48226

U.S. MARSHALS

US POSTAGE $001.87
ZIP 48950
MAR 21 2024