UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL MCGORE,

        Plaintiff,                                     Case No. 24-10890

v.                                                  Honorable Nancy G. Edmunds

UNITED STATES DISTRICT COURT
JUDGES, *et al.*,

        Defendants.
_____/

### JUDGMENT

In accordance with the Court's order entered this date,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED without prejudice, and this case is CLOSED.

        SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: April 30, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 30, 2024, by electronic and/or ordinary mail.

                                          s/A. Chubb for Johnetta Curry-Williams
                                          Case Manager